**Electronically Filed
Supreme Court
SCWC-30291
30-OCT-2012
11:50 AM**

NO. SCWC-30291

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

ROPATI J. TAUTUA,
Petitioner/Claimant-Appellant,

vs.

BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES,
Respondent/Employer-Appellee, Self-Insured,

and

SEDGWICK CMS, Respondent/Third-Party Administrator-Appellee.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. AB 2005-503 (2-99-06569))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Nakasone, in place of Acoba, J., recused)

Petitioner/Claimant-Appellant Ropati J. Tautua's

application for writ of certiorari, filed September 17, 2012, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, October 30, 2012.

/s/ Mark E. Recktenwald

Ropati J. Tautua
petitioner pro se

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Karen T. Nakasone